COPY

1    Mark A. Finkelstein (State Bar No. 173851)
     mafinkelstein@jonesday.com
2    JONES DAY
     3161 Michelson Drive
3    Suite 800
     Irvine, CA 92612
4    Telephone: (949) 851-3939
     Facsimile: (949) 553-7539

5

6    Attorney for Plaintiff
     ENTREPRENEUR MEDIA, INC.

7

8            **UNITED STATES DISTRICT COURT**

9            **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11 ENTREPRENEUR MEDIA, INC., a California corporation, | **CASE NO.** SACV 13 - 00885 JST (JPRx) |
| 12 | **COMPLAINT FOR:** |
| 13 Plaintiff, | **(1) FEDERAL TRADEMARK INFRINGEMENT;** |
| 14 v. | **(2) FALSE DESIGNATION OF ORIGIN;** |
| 15 D. NICOLE ENTERPRISES, LLC, a California company and, DUSHAWN THOMAS, an individual, | **(3) CYBERPIRACY;** |
| 16 | **(4) CALIFORNIA UNFAIR COMPETITION; AND** |
| 17 Defendants. | **(5) COMMON LAW TRADEMARK INFRINGEMENT** |
| 18 | **DEMAND FOR JURY TRIAL** |

19

20

21

22

23

24

25

26

27

28

Plaintiff Entrepreneur Media, Inc. ("EMI" or "Plaintiff"), for its Complaint against D. Nicole Enterprises, LLC and DuShawn Thomas (collectively, "Defendants") alleges as follows:

## JURISDICTION AND VENUE

1.     EMI brings this action for injunctive relief and damages for federal trademark infringement, cyberpiracy and false designation of origin, as well as unfair competition under California law.  This Court has subject matter jurisdiction over the federal question claims pursuant to 28 U.S.C. § 1331 and 1338(a).  This Court has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. § 1338(b) and 1367(a).

2.     The Defendants are located in the State of California in this District, and conduct business within the State of California and this District.  Defendants have applied for a United States federal trademark registration for the mark ENTREPRENEURESS based on use in commerce throughout the United States, including California.

3.     Defendants are subject to this Court's personal jurisdiction in that they are located in this District, have committed the tortious acts specified herein within the State of California and this District, and are causing injury to persons or property within the State of California and this District,.

4.     Venue is proper in this Judicial District pursuant to 28 U.S.C. §§ 1391(b)(2) because the wrongful acts alleged herein have been committed in this District.

## THE PARTIES

5.     EMI is a California corporation with its principal place of business at 2445 McCabe Way, Suite 400, Irvine, California 92614.

6.     D. Nicole Enterprises, LLC ("D. Nicole Enterprises") is a limited liability company in the State of California.  D. Nicole Enterprises is also the

1

applicant for a United States federal trademark registration for ENTREPRENEURESS, the registrant for the domain entrepreneuressmag.com (the "Infringing Domain"), and owner of a website through which it displays, publishes and distributes an online magazine entitled "Entrepreneuress" (the "Infringing Website"). D.Nicole Enterprises has an address of 1849 W 89th Street, Los Angeles, California 90047.

7.      DuShawn Thomas ("Thomas") is an individual and the principal and owner of D. Nicole Enterprises. Upon information and belief, Thomas has an address of 1849 W 89th Street, Los Angeles, California 90047.

## FACTUAL BACKGROUND
### *EMI's Trademark Rights*

8.      EMI is a well-known publisher of magazines and business guides, including ENTREPRENEUR® magazine and other publications incorporating the ENTREPRENEUR® trademark (the "ENTREPRENEUR Mark") in their titles. ENTREPRENEUR® magazine is published monthly with a current paid circulation, including both subscriptions and newsstand sales, of more than 600,000. ENTREPRENEUR® magazine is sold and currently distributed in over 100 foreign countries.

9.      Beginning in 1978, EMI has continuously used the ENTREPRENEUR Mark to identify the source of its editorial and advertising content as marketed, sold and distributed through the numerous media outlets it owns, as well as through third-party media outlets, including in or through print publications such as magazines, business guides and other books, seminars and other educational events, and throughout the World Wide Web. EMI has prominently displayed the ENTREPRENEUR Mark on its letterhead, promotional literature, and media

advertising, and in books and periodicals circulated throughout the United States and worldwide.

10.     In addition to the goods and services described above, EMI also owns and operates a number of websites, including its flagship website at <www.entrepreneur.com> (the "E.com Site"), through which it disseminates its editorial content and other information, as well as offers of products and services related or of interest to businesses, business owners, and prospective business owners, and which averages over 11 million unique visitors per month and over 73 million page views per month.

11.     EMI owns all rights, title and interest in and to the ENTREPRENEUR Mark for various goods and services in a number of International Classes, including Classes 16, 35, 38, and 41.  EMI owns, *inter alia*, the following United States Trademark Registration Nos. for the ENTREPRENEUR Mark:  1,453,968 (Class 16); 2,502,032 (Classes 35 and 41); 4,260,948 (Class 38) and 2,263,883 (Class 35). These registrations are valid and subsisting and in full force and effect.  True and correct copies of the registration certificates for the cited registrations are attached hereto as **Exhibit A**.

12.     Additionally, EMI owns, *inter alia*, all rights and interest to the following United States Trademark Registration Nos. for marks incorporating the term "ENTREPRENEUR" for use in connection with its various media outlets, including printed and digitized books and online and/or Internet services: ENTREPRENEUR PRESS (Reg. No. 3,470,064); ENTREPRENEUR.COM (Reg. No. 3,519,022); ENTREPRENEUR PRESS & Design (Reg. No. 3,470,063); ENTREPRENEURENESPANOL (Reg. No. 3,266,532); ENTREPRENEUR CONNECT (Reg. No. 3,652,950); and ENTREPRENEUR'S STARTUPS (Reg. No. 3,204,899).  These registrations are valid and subsisting and in full force and effect.

3

True and correct copies of the registration certificates for the cited registrations are attached hereto as **Exhibit B**.

13.     EMI has continuously and extensively used, advertised, marketed, and promoted the ENTREPRENEUR Mark in the United States and many foreign countries in connection with its goods and services, including its magazine and other publications.  EMI has spent millions of dollars and has expended significant effort in promoting its goods and services under the ENTREPRENEUR Mark through various means, including the E.com Site.  As a result of EMI's substantial investment in developing and promoting the ENTREPRENEUR Mark, the ENTREPRENEUR Mark has come to identify and distinguish EMI's goods and services and represents enormous goodwill of great value belonging exclusively to EMI.

14.     EMI's monthly ENTREPRENEUR® magazine has been continuously published under the ENTREPRENEUR Mark in print for over thirty years and on the E.com Site for over a decade.

### The Defendants' Infringing Acts

15.     The Infringing Website is accessible through the Infringing Domain Name.

16.     Defendants use the Domain Name to publish the content under the trade name "Entrepreneuress" on the Infringing Website.  Both the Domain Name and branding on the Infringing Website encompass the ENTREPRENEUR Mark in its entirety.  Defendants use the Infringing Domain to circulate and promote the contents on the Infringing Website and accompanying paid advertisements.  Users can subscribe to the contents on the Infringing Website via an online form at the Infringing Domain.

17.     The Infringing Website features content that is confusingly similar to the content offered by EMI in its magazines and other print publications, as well as

4

on the E.com Site.  Describing the content of the Infringing Website, the "About Entrepreneuress" section states: "Entrepreneuress is an online magazine designed for stylish female entrepreneurs – seasoned, just starting out, and aspiring – to share a platform that will revitalize the way women approach challenges and problems in business. Our goal is to deliver top-notch help in making female business owners the best enterpreneuress they desire to become. We periodically deliver motivating success stories, DOs and DON'Ts, as well as, stories detailing where some have gone wrong in entrepreneurship from entrepreneuress in local communities, as well as, celebrity entrepreneuress."   A true and correct copy of the home page of the Infringing Website is attached hereto as **Exhibit C**.

18.     Similarly, EMI's monthly ENTREPRENEUR® magazine and the E.com Site offer content targeted at business owners and aspiring business owners, including success stories and advice.  A section of the E.Com Site, accessible through the domain <http://www.womenentrepreneur.com>, features content designed for and focused on women entrepreneurs.  A true and correct copy of the Women Entrepreneurs page of the E.Com Site is attached hereto as **Exhibit D**.

19.     The Defendants' unauthorized use of the ENTREPRENEUR Mark as part of the Infringing Mark in the Infringing Domain and on the Infringing Website falsely implies that the Infringing Domain and Infringing Website, including the related goods, services and content thereon, are associated or affiliated with, or approved by, EMI.

20.     The Defendants' unauthorized use of the ENTREPRENEUR Mark as part of the Infringing Mark on the Infringing Website and in the Infringing Domain is likely to cause confusion or mistake as to the source or sponsorship, affiliation with, or endorsement of, the Infringing Domain and Infringing Website, including the related goods, services and content thereon.

21.     Defendant D.Nicole Enterprises has also applied for a federal registration for the word mark ENTREPRENEURESS (the "Infringing Mark") in Class 41, including for the following services:

- Providing on-line e-zines in the field of topics of interest to women entrepreneurs and business professionals; Providing on-line publications in the nature of e-books in the field of topics of interest to women entrepreneurs and business professionals; Providing online interviews featuring celebrities and athletes in the field of topics of interest to women entrepreneurs and business professionals for entertainment purposes; Providing online publications, namely, questionnaires for topics of interest to women entrepreneurs and business professionals; Publishing of electronic publications

A true and correct copy of the Trademark Status and Document Retrieval page for this application is attached as **Exhibit E**.

22.     On information and belief, the Infringing Domain, Infringing Mark and Infringing Website are being used in violation of the Lanham Act, by diverting consumers from EMI's online sites, such as the E.com Site. Such diversion of traffic from EMI's online sites is the result of the confusing similarity between the ENTREPRENEUR Mark and the Infringing Domain, Infringing Mark and Infringing Website, which in turn suggests that EMI is the source or sponsor of, is affiliated with, or endorses the Infringing Domain and Infringing Website, and the related goods, services and content thereon.

23.     Upon information and belief, and despite having knowledge of Plaintiff's rights in the ENTREPRENEUR Mark, Defendants adopted and used the ENTREPRENEUR Mark in connection with the Infringing Website, and applied for a federal registration of the Infringing Mark encompassing the ENTREPRENEUR Mark.

24.     Upon information and belief, Defendants' content, goods and services offered through the Infringing Website and accessible through the Infringing Domain are marketed, sold, and otherwise distributed in the same channels of trade and to the same classes of customers and end-users as the content, goods and services marketed, sold, and otherwise distributed by Plaintiff under the ENTREPRENEUR Mark and through Plaintiff's print and online media outlets, including ENTREPRENEUR® magazine and the E.com Site.

25.     On November 7, 2012, counsel for EMI sent a letter to DuShawn Thomas, the signatory on the application for the Infringing Mark and principal and owner of D. Nicole Enterprises, demanding that  D. Nicole withdraw its U.S. trademark application for the ENTREPRENEURESS mark.  Defendants did not respond to the letter.

26.     After having received the letter advising of EMI's prior trademark rights, Defendants then registered the Infringing Domain and, on information and belief, began publishing content on the Infringing Website.  Counsel for EMI sent a second letter to Defendants in the Spring of 2013, advising them that the Infringing Website, Infringing Mark and Infringing Domain also violated EMI's rights in the ENTREPRENEUR® Marks.  Defendants likewise did not respond to the second letter.

27.     Upon information and belief, Defendants' use of the ENTREPRENEUR Mark has been willful.

28.     Defendants' willful infringement of EMI's intellectual property has caused, and is continuing to cause, EMI to suffer serious and irreparable injury.

## COUNT I - INFRINGEMENT OF A FEDERALLY
## REGISTERED TRADEMARK
### (15 U.S.C. § 1114)

29.    Plaintiff incorporates and realleges by reference paragraphs 1 through 28 as though set forth in full herein.

30.    Defendants' use of the Infringing Mark on the Infringing Website in connection with the marketing, sale, and distribution of the same or similar content, goods and services as offered by EMI under the ENTREPRENEUR® Mark, directly infringes the ENTREPRENEUR Mark in violation of the Lanham Act, 15 U.S.C. § 1114.

31.    Defendants' use of the Infringing Mark on the Infringing Website creates a likelihood of confusion, mistake and/or deception as to the affiliation, connection, association, origin, sponsorship, approval, commercial activities, nature, characteristics, and qualities of the Infringing Website.

32.    Because of Defendants' unlawful acts, EMI has suffered and continues to suffer injury, and is entitled to recover all damages it sustained and all profits realized by Defendants as a result of those unlawful actions, as well as EMI's costs of suit, pursuant to 15 U.S.C. § 1117.

33.    Upon information and belief, Defendants' unlawful actions, as above-described, were and continue to be willful, deliberate, and fraudulent, with the result that Plaintiff is entitled to treble damages and an award of reasonable attorneys' fees against Defendants, pursuant to 15 U.S.C. § 1117.

## COUNT II – FALSE DESIGNATION OF ORIGIN
### (15 U.S.C. § 1125)

34.    Plaintiff incorporates and realleges by reference paragraphs 1 through 33 as though set forth in full herein.

35.     Defendants' use of the Infringing Mark on the Infringing Website creates a likelihood of confusion, mistake and/or deception as to the affiliation, connection, association, origin, sponsorship, approval, commercial activities, nature, characteristics, and qualities of the Infringing Website in violation of the Lanham Act, 15 U.S.C. § 1125.

36.     Because of Defendants' unlawful acts, EMI has suffered and continues to suffer injury, and is entitled to recover all damages it sustained and all profits realized by Defendants as a result of those unlawful actions, as well as EMI's costs of suit, pursuant to 15 U.S.C. § 1117.

37.     Upon information and belief, Defendants' unlawful actions, as above-described, were and continue to be willful, deliberate, and fraudulent, with the result that Plaintiff is entitled to treble damages and an award of reasonable attorneys' fees against Defendants, pursuant to 15 U.S.C. § 1117.

## COUNT III – CYBERPIRACY
## (15 U.S.C. § 1125(d))

38.     Plaintiff incorporates and realleges by reference paragraphs 1 through 37 as though set forth in full herein.

39.     The actions described above evidence bad faith intent to profit from the registration and/or use of the Infringing Mark and confusingly similar variations thereof in the Infringing Domain Name.

40.     Plaintiff is therefore entitled to an order and injunction immediately transferring the Infringing Domain Name to Entrepreneur Media, Inc.

## COUNT IV – UNFAIR COMPETITION

## (Cal. Bus. & Prof. Code §§ 17200, *et seq.*)

41.    Plaintiff incorporates and realleges by reference paragraphs 1 through 40 as though set forth in full herein.

42.    Defendants' acts, as described above, constitute unlawful, unfair, and fraudulent business practices pursuant to California Business & Professions Code Sections 17200, *et seq*.

43.    Plaintiff has been damaged and will continue to be damaged by Defendants' unlawful, unfair, and fraudulent business practices, as described above. Accordingly, Plaintiff is entitled to an injunction prohibiting Defendants from continuing the practices described above, and restitution of all amounts acquired by Defendants by means of such wrongful acts.

## COUNT V – COMMON LAW TRADEMARK INFRINGEMENT

44.    Plaintiff incorporates and realleges by reference paragraphs 1 through 43 as though set forth in full herein.

45.    Plaintiff has valid and protectable common law rights in the ENTREPRENEUR Mark.

46.    Defendants' use of the Infringing Mark on the Infringing Website creates a likelihood of confusion, mistake and/or deception as to the affiliation, connection, association, origin, sponsorship, approval, commercial activities, nature, characteristics, and qualities of the Infringing Website in violation of Plaintiff's common law trademark rights.

47.    Because of Defendants' unlawful acts, EMI has suffered and continues to suffer injury, and is entitled to recover all damages it sustained and all profits realized by Defendants as a result of those unlawful actions.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **PRAYER FOR RELIEF**

Wherefore, EMI prays for judgment as follows:

a.      That Defendants be ordered to account to EMI for all of their profits in connection with any and all commercial activity relating to or generated by their use of the ENTREPRENEUR Mark in connection with the Infringing Website, and in any other manner;

b.      That EMI be awarded any and all damages it sustained as a result of Defendants' wrongful and unlawful acts as described herein;

c.      That, pursuant to 15 U.S.C. § 1117, EMI be awarded any and all profits realized by Defendants as a result of Defendants' wrongful and unlawful acts as described herein;

d.      That EMI be awarded treble damages pursuant to 15 U.S.C. § 1117;

e.      That this Court enter an order that restrains and preliminarily enjoins, and a Final Order that permanently enjoins, Defendants, their officers, agents, servants, employees, and attorneys and all persons acting in active concert or participation with any of them, from infringing EMI's trademarks and from registering or attempting to register the Infringing Mark;

f.      That this Court enter an order transferring the Infringing Domain to EMI;

g.      That EMI be awarded its costs and attorneys' fees pursuant to 15 U.S.C. § 1117; and

h.      That EMI be granted any and such further relief as the Court deems to be just and proper.

1

Dated:  June ___, 2013

2

3    JONES DAY

4

By: _____

5         Mark A. Finkelstein

6    Attorney for Plaintiff
     ENTREPRENEUR MEDIA, INC.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2

## JURY DEMAND

Plaintiff requests a trial by jury on all claims so triable.

3
4

Dated: June /, 2013.

5
6

JONES DAY

7
8

By: _____
      Mark A. Finkelstein

9
10

Attorney for Plaintiff
ENTREPRENEUR MEDIA, INC.

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit A

Int. Cls.: 9 and 16

Prior U.S. Cl.: 38

Reg. No. 1,453,968

**United States Patent and Trademark Office** Registered Aug. 25, 1987

## TRADEMARK
### PRINCIPAL REGISTER

## ENTREPRENEUR

ENTREPRENEUR, INC. (CALIFORNIA CORPO-
RATION)
2311 PONTIUS AVENUE
LOS ANGELES, CA 90064

FOR: COMPUTER PROGRAMS AND PRO-
GRAMS USER MANUALS ALL SOLD AS A
UNIT, IN CLASS 9 (U.S. CL. 38).
FIRST USE 5–19–1983; IN COMMERCE
5–19–1983.
FOR: PAPER GOODS AND PRINTED
MATTER; NAMELY MAGAZINES, BOOKS

AND PUBLISHED REPORTS PERTAINING TO
BUSINESS OPPORTUNITIES, IN CLASS 16 (U.S.
CL. 38).
FIRST USE 5–2–1978; IN COMMERCE
5–2–1978.
OWNER OF U.S. REG. NOS. 1,130,838, 1,223,364
AND OTHERS.
SEC. 2(F) ONLY AS TO CLASS 16 GOODS.

SER. NO. 537,579, FILED 5–14–1985.

G. T. GLYNN, EXAMINING ATTORNEY

Int. Cls.: 35 and 41

Prior U.S. Cls.: 100, 101, 102 and 107

## United States Patent and Trademark Office

Reg. No. 2,502,032

Registered Oct. 30, 2001

### SERVICE MARK
### PRINCIPAL REGISTER

## ENTREPRENEUR

ENTREPRENEUR MEDIA, INC. (CALIFORNIA CORPORATION)
2445 MCCABE WAY
IRVINE, CA 927146324

FOR: ARRANGING AND CONDUCTING TRADE SHOW EXHIBITIONS IN THE FIELD OF ENTREPRENEURIAL ACTIVITIES, NAMELY THE START-UP AND OPERATION OF SMALL BUSINESS ENTERPRISES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 10-18-1991; IN COMMERCE 10-18-1991.

FOR: EDUCATIONAL SERVICES, NAMELY, CONDUCTING SEMINARS ON THE DEVELOPMENT AND OPERATION OF BUSINESSES, AND CONDUCTING WORK SHOPS ON COMPUTER TECHNOLOGY, TELECOMMUNICATIONS, MARKETING, FINANCING OPTIONS, REAL ESTATE MANAGEMENT, TAX PLANNING AND INSURANCE, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 10-18-1991; IN COMMERCE 10-18-1991.

SEC. 2(F).

SER. NO. 76-159,837, FILED 11-6-2000.

MARGERY A. TIERNEY, EXAMINING ATTORNEY



# United States of America
## United States Patent and Trademark Office

# ENTREPRENEUR

**Reg. No. 4,260,948**
**Registered Dec. 18, 2012**

ENTREPRENEUR MEDIA, INC. (CALIFORNIA CORPORATION)
2445 MCCABE WAY
IRVINE, CA 92614

**Int. Cl.: 38**

FOR: STREAMING OF VIDEO AND DIGITAL MATERIAL ON THE INTERNET, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

**SERVICE MARK**

FIRST USE 8-0-2007; IN COMMERCE 8-0-2007.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,263,883, 3,519,022 AND OTHERS.

SER. NO. 85-607,634, FILED 4-25-2012.

PAUL E. FAHRENKOPF, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,263,883

Registered July 27, 1999

## SERVICE MARK
### PRINCIPAL REGISTER

## ENTREPRENEUR

ENTREPRENEUR MEDIA, INC. (CALIFORNIA CORPORATION)
2392 MORSE AVENUE
IRVINE, CA 927146234

FOR: ADVERTISING AND BUSINESS SERV- ICES, NAMELY, ARRANGING FOR THE PRO- MOTION OF THE GOODS AND SERVICES OF OTHERS BY MEANS OF A GLOBAL COMPUT- ER NETWORK AND OTHER COMPUTER ONLINE SERVICES PROVIDERS; PROVIDING BUSINESS INFORMATION FOR THE USE OF CUSTOMERS IN THE FIELD OF STARTING AND OPERATING SMALL BUSINESSES AND PERMITTING CUSTOMERS TO OBTAIN IN- FORMATION VIA A GLOBAL COMPUTER NETWORK AND OTHER COMPUTER ONLINE SERVICE PROVIDERS AND; WEB ADVERTIS- ING SERVICES, NAMELY, PROVIDING ACTIVE LINKS TO THE WEBSITES OF OTHERS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 7–0–1992; IN COMMERCE 7–0–1992.

OWNER OF U.S. REG. NOS. 1,130,838, 1,453,968 AND OTHERS.

SER. NO. 75–018,382, FILED 11–13–1995.

JAN HOLLAND-CHATMAN, EXAMINING AT- TORNEY

# Exhibit B

Int. Cls.: 16 and 35

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, 50, 100, 101 and 102

## United States Patent and Trademark Office

Reg. No. 3,470,064

Registered July 22, 2008

### TRADEMARK
### SERVICE MARK
### PRINCIPAL REGISTER

## ENTREPRENEUR PRESS

ENTREPRENEUR MEDIA, INC. (CALIFORNIA CORPORATION)
2445 MCCABE WAY
IRVINE, CA 92614

FOR: PAPER GOODS AND PRINTED MATTER, NAMELY, BOOKS, MANUALS, PREPARED REPORTS, WORK BOOKS, STUDY GUIDES, LEGAL AND BUSINESS FORMS, AND NEWSLETTERS CONCERNING ADVICE AND INFORMATION RELATING TO THE SUBJECTS OF STARTING, RUNNING AND OPERATING A BUSINESS, AND INDIVIDUALS WHO SUCCEEDED IN BUSINESS, WHICH SUBJECTS ARE OF INTEREST TO ENTREPRENEURS, NEW AND EXISTING BUSINESSES AND MEMBERS OF THE GENERAL PUBLIC, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 4-0-1999; IN COMMERCE 4-0-1999.

FOR: ON-LINE ORDERING SERVICES FEATURING PRINTED AND ELECTRONICALLY DOWNLOADABLE PUBLICATIONS, NAMELY, BOOKS, STUDY GUIDES, LEGAL AND BUSINESS FORMS, AND NEWSLETTERS, CONCERNING ADVICE

AND INFORMATION RELATING TO THE SUBJECTS OF STARTING, RUNNING AND OPERATING A BUSINESS AND INDIVIDUALS WHO SUCCEEDED IN BUSINESS, WHICH SUBJECTS ARE OF INTEREST TO ENTREPRENEURS, NEW AND EXISTING BUSINESSES AND MEMBERS OF THE GENERAL PUBLIC, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 4-0-1999; IN COMMERCE 4-0-1999.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PRESS", APART FROM THE MARK AS SHOWN.

SEC. 2(F) AS TO "ENTREPRENEUR".

SER. NO. 76-679,564, FILED 7-16-2007.

PATRICIA EVANKO, EXAMINING ATTORNEY

Int. Cls.: 9, 35 and 38

Prior U.S. Cls.: 21, 23, 26, 36, 38, 100, 101, 102 and 104

**United States Patent and Trademark Office**

Reg. No. 3,519,022
Registered Oct. 21, 2008

### TRADEMARK
### SERVICE MARK
### PRINCIPAL REGISTER

# ENTREPRENEUR.COM

ENTREPRENEUR MEDIA, INC. (CALIFORNIA CORPORATION)
2445 MCCABE WAY
IRVINE, CA 92614

FOR: DOWNLOADABLE PODCASTS IN THE FIELD OF BUSINESS, CURRENT EVENTS, LIFE-STYLE ISSUES, AND DEVELOPMENTS IN SCIENCE AND TECHNOLOGY , IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-0-2002; IN COMMERCE 9-0-2002.

FOR: PROVIDING BUSINESS INFORMATION AND ADVICE VIA A WEB SITE ON A GLOBAL COMPUTER NETWORK, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 9-0-2002; IN COMMERCE 9-0-2002.

FOR: BROADCASTING PROGRAMS VIA A GLO-BAL COMPUTER NETWORK; AND STREAMING OF AUDIO AND VIDEO MATERIAL VIA THE INTERNET; TELECOMMUNICATIONS SERVICES, NAMELY, TRANSMISSION OF PODCASTS, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 9-0-2002; IN COMMERCE 9-0-2002.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,453,968, 2,263,883, AND 2,502,032.

SEC. 2(F).

SER. NO. 77-226,387, FILED 7-10-2007.

PATRICIA EVANKO, EXAMINING ATTORNEY

Int. Cls.: 16 and 35

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, 50, 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 3,470,063

Registered July 22, 2008

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



ENTREPRENEUR MEDIA, INC. (CALIFORNIA CORPORATION)
2445 MCCABE WAY
IRVINE, CA 92614

FOR: PAPER GOODS AND PRINTED MATTER, NAMELY, BOOKS, MANUALS, PREPARED REPORTS, WORK BOOKS, STUDY GUIDES, LEGAL AND BUSINESS FORMS, AND NEWSLETTERS CONCERNING ADVICE AND INFORMATION RELATING TO THE SUBJECTS OF STARTING, RUNNING AND OPERATING A BUSINESS, AND INDIVIDUALS WHO SUCCEEDED IN BUSINESS, WHICH SUBJECTS ARE OF INTEREST TO ENTREPRENEURS, NEW AND EXISTING BUSINESSES AND MEMBERS OF THE GENERAL PUBLIC, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 1-0-2002; IN COMMERCE 1-0-2002.

FOR: ON-LINE ORDERING SERVICES FEATURING PRINTED AND ELECTRONICALLY DOWN-LOADABLE PUBLICATIONS, NAMELY, BOOKS, STUDY GUIDES, LEGAL AND BUSINESS FORMS, AND NEWSLETTERS, CONCERNING ADVICE AND INFORMATION RELATING TO THE SUBJECTS OF STARTING, RUNNING AND OPERATING A BUSINESS AND INDIVIDUALS WHO SUCCEEDED IN BUSINESS, WHICH SUBJECTS ARE OF INTEREST TO ENTREPRENEURS, NEW AND EXISTING BUSINESSES AND MEMBERS OF THE GENERAL PUBLIC, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 1-0-2002; IN COMMERCE 1-0-2002.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PRESS", APART FROM THE MARK AS SHOWN.

SEC. 2(F) AS TO "ENTREPRENEUR".

SER. NO. 76-679,563, FILED 7-16-2007.

PATRICIA EVANKO, EXAMINING ATTORNEY

Int. Cl.: 35

Prior U.S. Cls.: 100, 101, and 102

## United States Patent and Trademark Office

**Reg. No. 3,266,532**

Registered July 17, 2007

### SERVICE MARK
### SUPPLEMENTAL REGISTER

## ENTREPRENEURENESPANOL.COM

ENTREPRENEUR MEDIA, INC. (CALIFORNIA CORPORATION)
2445 MCCABE WAY
IRVINE, CA 92614

FOR: ADVERTISING AND BUSINESS SERVICES, NAMELY, ARRANGING FOR THE PROMOTION OF GOODS AND SERVICES OF OTHERS BY MEANS OF A GLOBAL COMPUTER NETWORK AND OTHER COMPUTER ONLINE SERVICE PROVIDERS; PROVIDING BUSINESS INFORMATION FOR THE USE OF CUSTOMERS IN THE FIELD OF STARTING AND OPERATING BUSINESSES AND PERMITTING CUSTOMERS TO OBTAIN THE AFORESAID INFORMATION VIA A GLOBAL COMPUTER NETWORK AND OTHER COMPUTER ON-LINE SERVICE PROVIDERS; INTERNET ADVERTISING SERVICES, NAMELY, PROMOTING THE GOODS AND SERVICES OF OTHERS BY PROVIDING A WEB SITE WITH ACTIVE LINKS TO THEIR WEBSITES FEATURING THEIR GOODS AND SERVICES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 10-13-2006; IN COMMERCE 10-13-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,453,968 AND 2,263,883.

THE ENGLISH TRANSLATION OF THE WORDING "ENESPANOL" IS "IN SPANISH".

SER. NO. 76-670,060, FILED P.R. 12-7-2006; AM. S.R. 5-9-2007.

LINDSEY RUBIN, EXAMINING ATTORNEY

Int. Cls.: 35 and 38

Prior U.S. Cls.: 100, 101, 102, and 104

**United States Patent and Trademark Office**

Reg. No. 3,374,476

Registered Jan. 22, 2008

## SERVICE MARK
### SUPPLEMENTAL REGISTER

## WOMENENTREPRENEUR.COM

ENTREPRENEUR MEDIA, INC. (CALIFORNIA CORPORATION)
2445 MCCABE WAY, SUITE 400
IRVINE, CA 926146244

FOR: DISSEMINATION OF ADVERTISING FOR OTHERS VIA THE INTERNET; PROVIDING BUSINESS INFORMATION ABOUT SMALL BUSINESS OPERATIONS VIA THE INTERNET; PROVIDING AN ONLINE SEARCHABLE DATABASE FEATURING BUSINESS REPORTS, ADVICE AND INFORMATION REGARDING STARTING AND OPERATING SMALL BUSINESSES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 5-1-2007; IN COMMERCE 5-1-2007.

FOR: PROVIDING ONLINE ELECTRONIC BULLETIN BOARDS FOR TRANSMISSION OF MESSA-

GES AMONG COMPUTERS USERS CONCERNING SMALL BUSINESS OPERATIONS, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 5-1-2007; IN COMMERCE 5-1-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,453,968, 2,263,883, AND 2,502,032.

SER. NO. 76-678,925, FILED P.R. 6-25-2007; AM. S.R. 10-29-2007.

PATRICIA EVANKO, EXAMINING ATTORNEY

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

## United States Patent and Trademark Office

Reg. No. 3,652,950

Registered July 14, 2009

## SERVICE MARK
### PRINCIPAL REGISTER

# ENTREPRENEUR CONNECT

ENTREPRENEUR MEDIA, INC. (CALIFORNIA CORPORATION)
2445 MCCABE WAY, SUITE 400
IRVINE, CA 926146244

FOR: ONLINE BUSINESS NETWORKING SERVICES IN THE NATURE OF CREATING AND HOSTING A COMMUNITY FOR REGISTERED USERS TO CREATE PROFESSIONAL PROFILES, TO PARTICIPATE IN GROUP DISCUSSIONS, TO MAKE BUSINESS CONTACTS, AND TO UPLOAD ONTO THE WEBSITE MATERIALS PROMOTING THEIR BUSINESSES, PRODUCTS AND SERVICES, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 7-16-2008; IN COMMERCE 7-16-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ENTREPRENEUR", APART FROM THE MARK AS SHOWN.

SER. NO. 76-691,766, FILED 8-1-2008.

KELLY CHOE, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 3,204,899

Registered Feb. 6, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# ENTREPRENEUR'S STARTUPS

ENTREPRENEUR MEDIA, INC. (CALIFORNIA CORPORATION)
2445 MCCABE WAY
IRVINE, CA 926146234

FOR: PAPER GOODS AND PRINTED MATTER; NAMELY, MAGAZINES, BOOKS, BOOKLETS AND PUBLISHED REPORTS PERTAINING TO BUSINESS OPPORTUNITIES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 1-27-2006; IN COMMERCE 1-27-2006.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,453,968 AND 2,415,429.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "STARTUPS", APART FROM THE MARK AS SHOWN.

SEC. 2(F) AS TO ENTREPRENEUR.

SER. NO. 76-657,293, FILED 3-27-2006.

MEGAN WHITNEY, EXAMINING ATTORNEY

# Exhibit C

Exhibit C
Page 27



ABOUT    SPOTLIGHT    YOUR BUSINESS    BEAUTY    HEALTH    CONTACT    SUBSCRIBE

# entrepreneuress
### by D.Nicole

DON'T MISS   Entrepreneuress Spotlight:Lisa Price Founder Of Carol's Daught   f 🐦 🔊   Search site 🔍





**entrepreneuress**
by D.Nicole
Entrepreneuress Online Magazine
In Association With Bird Pick Tea And Herb
Presents

## BeauTea
### SPRING 2013
**Saturday, March 30, 2013 from 2-4pm**
Ulta Beauty (Westfield Culver City Shopping Mall - Level 2)
6000 Sepulveda Boulevard Culver City CA 90230

*Join Entrepreneuress for FREE Mini-Facials,
Tea Samples, LIVE MUSIC, Prizes and More.*

### BeauTea Spring 2013
www.entrepreneuressmag.com

■ ■ ■ ■

### BEAUTY

### Entrepreneuress 7-Step Guide For Maintaining Make Up Brushes
Your face is a canvas. If you approach the art of makeup...

Beauty: The Triple "F"

Beauty 411: Keep Your Skin Clean, Healthy, And Glowing

Keishia Ka'oir: Building The Brand

### CHECK THIS OUT!


BeauTea Spring 2013


Entrepreneuress Spotlight:Lisa Price Founder Of Carol's Daughter

Entrepreneuress Health – Take Time To Take Care Of You

### YOUR BUSINESS

THE MISEDUCATION OF MARKETING

---



Entrepreneuress Spotlight:Lisa Price Founder Of Carol's Daughter

### HEALTH



### Entrepreneuress Health – Take Time To Take Care Of You
By Mignon Thomas uring the hustle and bustle of...

Posted 64 days ago   0



### Feature: One Organized Business
Owning a business is often extremely stressful, but Alaia...

Posted 106 days ago   0



### Beauty 411: Keep Your Skin Clean, Healthy, And Glowing
There are tons of products featured daily that are...

Posted 119 days ago   0



### HEALTH: Rest Your Eyes
What can you do to protect yourself?

---

SPOTLIGHT   **POPULAR**   COMMENTS



### Entrepreneuress Spotlight:Lisa Price Founder Of Carol's Daughter
Watch video interview by AJ Calloway, Lisa Price is...

Posted 82 days ago   0



### Spotlight: Real Estate Of Mind
Aspiring real estate investor Nakina Kitrell shares her real...

Posted 106 days ago   8



### Feature: One Organized Business
Owning a business is often extremely stressful, but Alaia...

Posted 106 days ago   0

### FACEBOOK

 

**Entrepreneuress by D.Nicole**
👍 Like

1,150 people like Entrepreneuress by D.Nicole.



Facebook social plugin

### ADS



Premium Teas & Herbs | Tea Accessories
Delicious Drinks
Visit us ...na,
Culver City, Santa Monica
or online at

Exhibit C
Page 28

www.birdpick.com

### The Miseducation Of Marketing

Most small business owners have no clue of the complete...

Posted 133 days ago **0**

### HEALTH: Rest Your Eyes

What can you do to protect yourself?

Posted 133 days ago **0**

Posted 133 days ago **0**

### Health: You Have A Team Behind You

BY MIGNON THOMAS s being or getting healthy...

Posted 160 days ago **0**

## ABOUT ENTREPRENEURESS

Entrepreneuress is an online magazine designed for stylish female entrepreneurs – seasoned, just starting out, and aspiring – to share a platform that will revitalize the way women approach challenges and problems in business. Our goal is to deliver top-notch help in making female business owners the best entrepreneuress they desire to become. We periodically deliver motivating success stories, DOs and DONTs, as well as, stories detailing where some have gone wrong in entrepreneurship from entrepreneuress in local communities, as well as, celebrity entrepreneuress. Entrepreneuress provides exclusive information on business, fashion, hair, fitness, and health from the industries best tastemakers.

## Tags

BUSINESS  BEAUTY  MONEY  HEALTH  TRENDING  FASHION  ENTREPRENEURESS  WELLNESS  MAKEUP  MARKETING  SKINCARE  STYLE  BRANDING  SPOTLIGHT  CELEBRITY  TECHNOLOGY



ABOUT | SPOTLIGHT | YOUR BUSINESS | BEAUTY | HEALTH | CONTACT | Subscribe

Copyright © 2013 ENTREPRENEURESS ONLINE MAGAZINE. AN ENTERPRISE OF D.NICOLE ENTERPRISES,LLC

UA-35250196-1

Exhibit C
Page 29

# Exhibit D

Log in | Join

# Entrepreneur


FIND A BRANCH
EARN A $300 BONUS
Just open any Small Business Checking account with $3,000 and pay your first bill online.
PRINT COUPON >>
CapitalOne Bank
Small Business Banking
FDIC

# Women Entrepreneurs


Follow @WomenEnt · 16K followers



## How One Young Entrepreneur's Quest to Encourage Women Engineers Led Her to GoldieBlox

BY MARIA MUTO-PORTER

Not happy about the dearth of women in engineering? Debbie Sterling thinks overly-girlie toys are to blame.
May 17, 2013 in Young Entrepreneurs

## Recent Posts in Women Entrepreneurs

### Fast-Growing Organic Food Startup Acquired by French Food-and-Beverage Giant

BY JENNA GOUDREAU

Paris-based Danone has purchased a majority stake in Happy Family -- a deal reportedly worth hundreds of millions of dollars.
May 13, 2013 in Success Stories

### Women Entrepreneurs Can Win Larger Contracts Through SBA Set-Aside Program

BY CATHERINE CLIFFORD

A ruling from the Small Business Administration lifts the cap on federal contracts set aside for women-owned small businesses.
May 8, 2013 in Business Management



### Top U.S. Cities for Women Entrepreneurs (Infographic)

BY KATHLEEN DAVIS

A look at which major U.S. cities are the best for women business owners, and seven tips to help them get started.
May 3, 2013 in Starting a Business



### Leaning In: The 10 Fastest-Growing Women-Owned Businesses

BY JENNA GOUDREAU

Women Presidents Organization reveals its annual ranking of the top 50 women-led businesses in North America. We look at the leaders of the pack.
May 2, 2013 in Leadership


CapitalOne Bank
Small Business Banking

EARN A $300 BONUS
Just open any Small Business Checking account with $3,000 and pay your first bill online.

LEARN MORE >>

Products offered by Capital One, N.A.
FDIC

## Connect with Entrepreneur



 

👍 Recommend | 300,391 people recommend this.

### Get Our Top Stories of the Week

Enter email address | Subscribe



## 4 Secrets for Lifelong Success From Martha Stewart

BY KATHLEEN DAVIS

The celebrity entrepreneur discusses her philosophy on what it takes to lead a long and prosperous career.

April 29, 2013 in Leadership



## Young Women Entrepreneurs Speak Out About Starting Up Today

BY SARAH J. ROBBINS

With the discussion of women in the workplace still making headlines, we asked young women entrepreneurs to sound off on their experiences in the mostly male-dominated world of entrepreneurship.

April 29, 2013 in Young Entrepreneurs



## Designer to the Stars Randi Rahm on Finding Success in the Fashion World

BY TERI EVANS

New York-based fashion entrepreneur on success tips for creatives, her biggest mistake and why she'll always help young designers.

March 8, 2013 in 'Trep Talk



## How Today's Young Female Entrepreneurs Embrace Their Feminine Mystique

BY REBEKAH ILIFF

The days where women were seen and not heard may be long gone, but challenges remain -- especially upon entering the typically male-dominated world of entrepreneurship.

March 6, 2013 in Young Entrepreneurs



## Facing Down Doubters and Empowering Others

BY INGRID VANDERVELDT

Tech entrepreneur Ingrid Vanderveldt shares the story of her early struggles, professional success and personal growth that led to an audacious plan to help a billion women entrepreneurs by 2020.

February 8, 2013 in Success Stories



## Limor Fried on Making DIY Look Easy

BY DIANA RANSOM

The founder of Adafruit Industries offers insights into how she managed to build a small empire from castaway Altoid tins and other common household items -- and secure the title of Entrepreneur of 2012.

January 25, 2013 in Success Stories



## 2013's Entrepreneurial Women to Watch

BY ENTREPRENEUR STAFF

Our first annual list of seven of the most innovative woman leaders from technology to retail to health and more.

December 18, 2012 in Profiles



## Consignment Store Franchise Grows From a Mom's Needs

BY TRACY STAPP

Just Between Friends clothing store franchise grows from filling needs for family and friends.

December 7, 2012 in Franchises

## Dell's Women's Entrepreneur Network Heads to

---

### Most Popular

How Young Entrepreneurs Can Rein in Their 'Toxic' Emotions

Facebook Hits and Misses Since Its IPO

6 Ways Google Glass Can Supercharge Your Workflow

10 Questions to Ask Before Naming Your Business

Google+ Gets a Major Makeover

The Startup Money Hunt: When Entrepreneurs Bring In Investors (Infographic)

Beyond Smartphones: Mobile Innovation That Could Change the Way You Do Business

9 Leadership Traits of Successful Entrepreneurs

How to Make Sure There's a Market for Your Business Idea

Inspirational Advice From 10 Successful Leaders



FIND A BRANCH

Capital One Bank
Small Business Banking

EARN A $300 BONUS

Just open any Small Business Checking account with $3,000 and pay your first bill online.

PRINT COUPON >>

MEMBER FDIC



**Turkey?**

BY SARAH GREENS

Why the computer giant has set its sights on women entrepreneurs -- and what it hopes to accomplish in Istanbul this June.

November 30, 2012 in Exploring New Markets



## How Women Entrepreneurs Differ From Men

BY COLLEEN DEBAISE

Women have tended to think the smaller the business, the more manageable. But that's slowly changing, says Nell Merlino, Count Me In founder.

October 10, 2012 in Starting a Business



## Count Me In Helps Women Entrepreneurs Increase Their Revenue

BY MICHELLE JUERGEN

The nonprofit provides resources, business education and a supportive community to help women turn their ventures into serious moneymakers.

October 3, 2012 in Financing



## Richard Branson on Why We Need More Women in the Boardroom

BY RICHARD BRANSON

Richard Branson explains why we need more women in top positions.

September 24, 2012 in Leadership



## 10 Inspiring Quotes from Women Tech Leaders

BY VANESSA VOLTOLINA

From newbies to serial entrepreneurs, these women are making their mark in successful businesses.

August 20, 2012 in Your Website



## Need to Vent? Forget the Couch, Startup Moves Therapy Online

BY GWEN MORAN

With digital diaries and video chats, PrettyPaddedRoom.com offers online counseling for women and a "nice play to go crazy."

August 19, 2012 in Health & Fitness



## Women Entrepreneurs: Still a Long Way to Go, Baby

BY LAURA LORBER

Women-owned businesses may represent a big source of potential growth for the U.S. economy and jobs.

July 18, 2012 in Trends



## Marissa Mayer's New Role: Wonder Woman?

BY COLLEEN DEBAISE

As Google's 20th employee dons the CEO cap at Yahoo, she's also becoming the new poster child for working moms everywhere: She's expecting a baby boy in October.

July 17, 2012 in Starting a Business



## HTC's Cher Wang on Innovation and the 'It' Product

BY JASON FELL

The billionaire entrepreneur discusses what's helped her find success and how others can, too.



## Techie Networking for Women
BY COLLEEN DEBAISE

From Silicon Valley to New York, the tech world is disruptive, innovative and mostly male. Startup entrepreneur Amy Yazdian of I'm In The Kitchen tells how she fit in.

July 2, 2012 in Starting a Business



## A Woman Entrepreneur's Advice for Startups
BY CATHERINE CLIFFORD

Claudia Chan, the brains behind S.H.E. Summit Week in New York, shares her best three tips for women starting a business.

June 19, 2012 in Leadership



## Fertility Yoga, Anyone? Entrepreneurs Tap Growing Holistic Niche for Women
BY CHERYL WINOKUR MUNK

With more women struggling to conceive, a cottage industry of yoga centers, acupuncturists and nutritionists has cropped up to help.

June 7, 2012 in Business Ideas



## How to Stop Working 24/7
BY COLLEEN DEBAISE

SixFigureStart's Caroline Ceniza-Levine found a way to take weekends off -- and still bring in target revenue. Hear her story, plus expert tips.

June 4, 2012 in Starting a Business



## Look Out Lunch Ladies, Here Comes Wholesome Tummies
BY JASON DALEY

This new franchise delivers meals to schools and kicks PB&J to the curb.

June 3, 2012 in Franchises



## Zipcar: Two Moms, a Business Idea and $68 in the Bank
BY CAROL TICE

The story of the popular car-sharing service started by two moms in Massachusetts could be an inspiration for your new business.

June 1, 2012 in Success Stories



## For SBA Award Winner, Success Means: 'Do the Right Thing'
BY DIANA RANSOM

This year's Small Business Person of the Year discusses the challenges of managing rapid growth.

May 22, 2012 in Growing Your Business



## Multimillionaire Entrepreneur Jane Wurwand on Self-Reliance
BY TERI EVANS

The founder of Dermalogica shares how she drove her own success, and why she's so adamant that other women become financially independent, too.

May 3, 2012 in 'Trep Talk

## 7 Tips for Networking

BY COLLEEN DEBAISE

bunch of strangers. Here's some advice for building professional relationships.

May 3, 2012 in Networking



## Women Are More Social -- When It Comes to Social Media, That Is

BY MIKAL E. BELICOVE

A new report shows women are the major players in social media. Time to tweak your marketing?

May 2, 2012 in Social Media



## From Tech Maven to Jane Austen Geek

BY JANE GANAHL

Sandy Lerner, co-founder of Cisco Systems, spent more than 20 years working on a sequel to 'Pride and Prejudice.'

April 22, 2012 in Lifestyle



## TaskRabbit's Leah Busque on Staying Competitive

BY ERICA SWALLOW

The startup has survived competitive challenges by following these three important principles.

April 12, 2012 in Leadership



## Why Women Business Owners Feel More Successful

BY CAROL TICE

An informal survey released this week suggests that women entrepreneurs are more confident about their business's success than their male counterparts and offers some clues as to why.

April 6, 2012 in Women's Center



## Learning to Network: Organized Study vs. Winging It

BY IVAN MISNER

Do men and women network in different ways? Here's a look at the ways in which each sex approaches it.

March 29, 2012 in Networking



## Barbara Corcoran: 'The Joy Is in the Getting There'

BY TERI EVANS

In 'Trep Talk, the Shark Tank star and angel investor shares life lessons, her surprising secret to growing a business, plus the humbling moment that still brings her to tears.

March 28, 2012 in 'Trep Talk



## I Am Woman. . . See Me Grow My $1 Million Business

BY CAROL TICE

Women-owned businesses with sales over $1 million are growing. Here are three theories on why women are able to build bigger businesses today.

March 23, 2012 in Trends

Exhibit D
Page 35

## How Dermalogica Is Giving Women



**Entrepreneurs a Boost**

To alleviate many of the problems in the world, Dermalogica founder Jane Wurwand boldly suggests giving women entrepreneurs a hand up.

March 9, 2012 in Bank Loans and Microloans



**Trend Watch: You Can't Keep a Good Woman Down**

BY MICHELLE JUERGEN

As women continue to launch companies at a rate exceeding the national average, here's a look into the growth trends of their enterprises.

March 9, 2012 in Women's Center



# Exhibit E

**Generated on:** This page was generated by TSDR on 2013-05-21 14:00:23 EDT

**Mark:** ENTREPRENEURESS

ENTREPRENEURESS

| | | | |
|---|---|---|---|
| **US Serial Number:** | 85741231 | **Application Filing Date:** | Sep. 28, 2012 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |
| **Status:** | Review prior to publication completed. | | |
| **Status Date:** | May 09, 2013 | | |
| **Publication Date:** | Jun. 11, 2013 | | |

## Mark Information

**Mark Literal Elements:** ENTREPRENEURESS

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Education services, namely, providing live and on-line seminars, teleseminars, webinars,conferences, workshops, lectures, and making personal appearances by a motivational speaker in the field of entrepreneurship, branding, marketing, self-improvement, motivation, and business education and distributing instructional materials in connection therewith in the field of topics of interest to women entrepreneurs and business professionals; Entertainment services, namely, providing information by means of a global computer network in the fields of celebrities, entertainment, and popular culture; Entertainment, namely, a continuing variety,talk, news and business show broadcast over television, satellite, audio, and video media; Providing on-line e-zines in the field of topics of interest to women entrepreneurs and business professionals; Providing on-line publications in the nature of e-books in the field of topics of interest to women entrepreneurs and business professionals; Providing online interviews featuring celebrities and athletes in the field of topics of interest to women entrepreneurs and business professionals for entertainment purposes; Providing online publications, namely, questionnaires for topics of interest to women entrepreneurs and business professionals; Publishing of electronic publications; Radio entertainment services, namely, radio programs featuring performances by a motivational speaker in the field of topics of interest to women entrepreneurs and business professionals

| | | | |
|---|---|---|---|
| **International Class(es):** | 041 - Primary Class | **U.S Class(es):** | 100, 101, 107 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Jul. 01, 2012 | **Use in Commerce:** | Aug. 01, 2012 |

## Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes | **Amended Use:** | No |
| **Filed ITU:** | No | **Currently ITU:** | No | **Amended ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No | **Amended 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No | **Amended 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No | | |
| **Filed No Basis:** | No | **Currently No Basis:** | No | | |

## Current Owner(s) Information

| | | | |
|---|---|---|---|
| **Owner Name:** | D.Nicole Enterprises, LLC | | |
| **Owner Address:** | PO BOX 88557<br>LOS ANGELES, CALIFORNIA 90009<br>UNITED STATES | | |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | CALIFORNIA |

## Attorney/Correspondence Information

| | Attorney of Record - None |
|---|---|
| | **Correspondent** |
| **Correspondent Name/Address:** | D.NICOLE ENTERPRISES, LLC<br>D.NICOLE ENTERPRISES, LLC<br>PO BOX 88557<br>LOS ANGELES, CALIFORNIA 90009-8557<br>UNITED STATES |
| **Phone:** | 3232892552 |
| **Correspondent e-mail:** | DUSHAWN@DNICOLEENTERPRISES.COM        **Correspondent e-mail Authorized:** Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| May 09, 2013 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 70884 |
| May 09, 2013 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| May 02, 2013 | TEAS/EMAIL CORRESPONDENCE ENTERED | 70884 |
| May 02, 2013 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 70884 |
| Apr. 24, 2013 | ASSIGNED TO LIE | 70884 |
| Apr. 17, 2013 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Jan. 30, 2013 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Jan. 30, 2013 | NON-FINAL ACTION E-MAILED | 6325 |
| Jan. 30, 2013 | NON-FINAL ACTION WRITTEN | 74781 |
| Jan. 28, 2013 | ASSIGNED TO EXAMINER | 74781 |
| Oct. 04, 2012 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Oct. 02, 2012 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

| | TM Staff Information | |
|---|---|---|
| **TM Attorney:** LEE, DOUGLAS M | | **Law Office Assigned:** LAW OFFICE 111 |
| | **File Location** | |
| **Current Location:** PUBLICATION AND ISSUE SECTION | | **Date in Location:** May 09, 2013 |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Josephine Tucker and the assigned discovery Magistrate Judge is Jean P. Rosenbluth.

The case number on all documents filed with the Court should read as follows:

## SACV13- 885 JST (JPRx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [_] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [_] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [_] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)          NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Name & Address:
Mark A. Finkelstein (SBN 173851)
JONES DAY
3161 Michelson Drive, Suite 800, Irvine, CA 92612
Tel: (949) 851-3939 Fax: (949) 553-7539
Attorneys for ENTREPRENEUR MEDIA, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTREPRENEUR MEDIA, INC., a California corporation,<br><br>PLAINTIFF(S)<br><br>v.<br><br>D. NICOLE ENTERPRISES, LLC, a California company and, DUSHAWN THOMAS, an individual,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>**SACV 13 - 00885 JST (JPRx)**<br><br><br><br>**SUMMONS** |

TO:     DEFENDANT(S):

A lawsuit has been filed against you.

Within  __21__  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, Mark Finkelstein _____ , whose address is 3161 Michelson Drive, Suite 800, Irvine, CA  92612 _____ . If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: 6/11/2013

By: ___Denise Vo___
        Deputy Clerk

DENISE VO

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

| I. (a) PLAINTIFFS  ( Check box if you are representing yourself ☐ ) | DEFENDANTS  ( Check box if you are representing yourself ☐ ) |
|---|---|
| ENTREPRENEUR MEDIA, INC. | D. NICOLE ENTERPRISES, LLC and DUSHAWN THOMAS |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br>Mark A. Finkelstein (State Bar No. 173851), JONES DAY<br>3161 Michelson Drive, Suite 800<br>Irvine, CA  92612<br>Telephone: (949) 851-3939 | (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff

☒ 3. Federal Question (U.S. Government Not a Party)

☐ 2. U.S. Government Defendant

☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding

☐ 2. Removed from State Court

☐ 3. Remanded from Appellate Court

☐ 4. Reinstated or Reopened

☐ 5. Transferred from Another District (Specify)

☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No   (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No   ☐ **MONEY DEMANDED IN COMPLAINT: $**

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Action for trademark infringement under 15 USC 1114.

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☒ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☐ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 196 Franchise | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | **REAL PROPERTY** | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 220 Foreclosure | ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/Accomodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

FOR OFFICE USE ONLY:  Case Number:   **SACV 13 - 00885 JST (JPRx)**

AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES**: Has this action been previously filed in this court and dismissed, remanded or closed?   ☒ NO   ☐ YES

If yes, list case number(s): _____

**VIII(b). RELATED CASES**: Have any cases been previously filed in this court that are related to the present case?   ☒ NO   ☐ YES

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE**: (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County, CA | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County, CA | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**NOTE: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County, CA | |

*Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
**Note**: In land condemnation cases, use the location of the tract of land involved.

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _____   DATE: 06/11/2013

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 364 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |